IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY EARL WILSON,

              Plaintiff,

      v.

STATE OF COLORADO,

              Defendant.

_____

Civ. No. 6:19-cv-799-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (ECF No. 14), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

While the Court is sympathetic to the fact that Plaintiff needs a vehicle for work, and has many years with a good driving record, the fact remains that he seeks to challenge a decades old final judgment from another state. As noted by Judge Kasubhai, this Court lacks jurisdiction over such claims.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 12) is adopted. Defendant's motion to dismiss, ECF No. 7) is GRANTED. This action is DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED this 3rd day of January, 2020.


_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge